# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __23-1860__   Case Manager: __Ryan Orme__

Case Name: __St. Joseph Parish St. Johns v. Dana Nessel, et al.__

Is this case a cross appeal?  ☐ Yes  ☒ No
Has this case or a related one been before this court previously?  ☐ Yes  ☒ No
If yes, state:
 Case Name: _____  Citation: _____
Was that case mediated through the court's program?  ☐ Yes  ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

This appeal is being taken by St. Joseph Parish St Johns ("St. Joseph") against Dana Nessel; John E. Johnson, Jr.; Portia L. Roberson, Zenna Faraj Elhason; Gloria E. Larar; Regina Gaso-Bentley; Anupama Kosaraju; Richard Corriveau; David Worthams; and Luke R. Londo, each in their official capacity (collectively, "Michigan").

After Michigan amended its Elliot-Larsen Civil Rights Act (ELCRA) to prohibit discrimination against sexual orientation and gender identity without any religious accomodations, St. Joseph brought this pre-enforcement challenge to protect its religious decisions made as a parish, an employer, and as a school. Those respective roles are all protected by the autonomy afforded by the First Amendment to religious organizations. Nonetheless, Michigan refused to disavow enforcement of its newly amended ELCRA. To the district court, however, St. Joseph lacked both the standing and ripeness to bring a pre-enforcement challenge. On appeal, St. Joseph seeks reversal of the district court's decision on the following grounds:

1. St. Joseph has standing to bring a pre-enforcement challenge and its claims are ripe.
2. The district court's decision will create constitutional conflicts, further chilling St. Joseph's First Amendment rights.
3. Declaratory and injunctive relief are both appropriate remedies for Michigan's constitutional violations.

This is to certify that a copy of this statement was served on opposing counsel of record this __25th__ day of __September__, __2025__.

__William J. Haun__
Name of Counsel for Appellant